## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | |
| Plaintiff, | Case No. 3:23-cv-00246-KRG |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| JEFFREY BOBROSKI, | |
| Defendant. | |

Plaintiff Allstate Insurance Company ("Allstate"), pursuant to Federal Rule of Civil Procedure 7.1, state as follows for their Corporate Disclosure Statement:

1.      Allstate Insurance Company is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, a Delaware limited liability company.  Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, a Delaware corporation.

2.      The stock of The Allstate Corporation is publicly traded.

3.      No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Dated:  October 10, 2023

Respectfully submitted,

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ Gregory J. Phillips*
Gregory J. Phillips
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216)363-4472
Facsimile: (216)363-4588
Email: GPhillips@beneschlaw.com

J. Scott Humphrey (admission forthcoming)
Katie M. Burnett (*pro hac vice* forthcoming)
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 624-6420

1

Facsimile: (312) 767-9192
Email: shumphrey@beneschlaw.com
      kburnett@beneschlaw.com

*Attorney for Plaintiff Allstate Insurance Company*

23350353 v1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 10th day of October, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and attach same for service on the following:

Jeffrey Bobroski
412 South Locus Street
Edensburg, Pennsylvania 15931

*/s/ Gregory J. Phillips*
GREGORY J. PHILLIPS

*One of the Attorneys for Plaintiff Allstate Insurance Company*

23350353 v1